

# Fourth Court of Appeals
## San Antonio, Texas

April 1, 2020

No. 04-19-00483-CR & 04-19-00486-CR

Vinay Prakash **YADAV**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 15, Bexar County, Texas
Trial Court No. 601415 & 601414
Honorable Melissa Vara, Judge Presiding

# O R D E R

On March 20, 2020, we set these consolidated cases for submission on briefs. On March 23, 2020, appellant filed "Objections to Court's Denial of Necessary Oral Arguments," which asked us to reconsider our denial of appellant's request for oral argument. We denied that request on March 24, 2020. On March 30, 2020, appellant filed "Objections to Court's Denial of Necessary Oral Arguments Required Due to Inaccuracies in Reporter's State-Exhibit 1," which again asks us to reconsider our denial of appellant's request for oral argument. After consideration, appellant's request is **DENIED.**

It is so **ORDERED** on April 1, 2020.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
Clerk of Court